■ DAVID W. MARSHALL et al., Respondents, v MICHAEL J. BERGEY et al., Appellants. [668 NYS2d 519] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Fahey, J. (Appeal from Order of Supreme Court, Niagara County, Fahey, J.—Summary Judgment.) Present—Denman, P. J., Lawton, Balio, Boehm and Fallon, JJ.